FILED
May 25, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOUGLAS A. LONGHOFER, ) <br> ) <br> Defendant. ) | Case No. CR.S-05-0199-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DOUGLAS A. LONGHOFER__ , Case No. __CR.S-05-0199-MCE__ , Charge __18USC § 922(g)(1), FELON IN POSSESSION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_✔_   (Other)   __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 25, 2005__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

## SPECIAL CONDITIONS OF RELEASE

RE: **Longhofer, Douglas Arthur**
Doc. No. CRS 05-199-MCE

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial Services Officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer; and,

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

May 25, 2005