QUIN DENVIR, Bar #49374
Federal Defender

LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DOUGLAS ARTHUR LONGHOFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 05-199 MCE |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | WAIVER OF DEFENDANT'S APPEARANCE; |
| v. ) | ORDER |
| ) | |
| DOUGLAS ARTHUR LONGHOFER, ) | |
| ) | Date: June 21, 2005 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

Pursuant to Fed.R.Crim.P. 43, defendant DOUGLAS ARTHUR LONGHOFER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, entries of plea and status conferences.

The defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

1   The defendant further acknowledges that he has been informed of
2 his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
3 and authorizes his attorney to set times and dates under that Act
4 without his personal presence.
5   Lastly, the defendant agrees that this waiver is applicable to the
6 June 7, 2005 appearance before the court at which he was not present
7 and acknowledges that he is aware that the next scheduled court date in
8 this matter is June 21, 2005 at 8:30.
9   The Court requested that the defense explain Mr. Longhofer's
10 absence at the June 7, 2005 status conference.  Mr. Longhofer was
11 released from custody on May 25, 2005.  Court records reflect that he
12 was erroneously told, in open court, to appear on June 8, 2005 at 8:30
13 a.m.  After his release from custody Mr. Longhofer met with his
14 pretrial service agent who also informed him that the next court date
15 was June 8, 2005 at 8:30 a.m.[1]  On Friday, May 27, 2005 the court date
16 was changed by the court clerk to June 7, 2005.  The court records
17 reflect that the notification of the new date was sent electronically
18 to the parties.  The court docket does not reflect any notice being
19 mailed to the defendant and the court clerk indicates that his address
20 is not in the court's file.  There was also no notice electronically
21 or otherwise to pretrial services.  Unfortunately Mr. Longhofer's
22 counsel was absent the following week and did not read the email
23 notification in time to notify Mr. Longhofer.
24 ///
25
26
27 [1]This Court usually hears matters pertaining to criminal cases on Tuesdays.  June 8, 2005 is a Wednesday and should have been an obvious error to the parties who were present.  Unfortunately, there were
28 several new matters on calendar on May 25, 2005 and the error was not corrected at the arraignment.

1  At the time of the hearing on June 7, 2005 Mr. Longhofer was, in fact,
2  traveling to Sacramento to appear the following morning as he had been
3  instructed.
4
5  Dated: <u>June 10, 2005</u>          /s/ Douglas A. Longhofer
                                        Douglas A. Longhofer, defendant
6                                       (Original signature retained by
                                        attorney)
7
8       I concur in Mr. Longhofer's decision to waive his appearance at
9  past and future proceedings.
10
11 Dated:  <u>June 7, 2005</u>
                                        Respectfully submitted,
12
                                        QUIN DENVIR
13                                      Federal Defender
14
15                                         /s/ Linda C. Harter
                                        LINDA C. HARTER
16                                      Assistant Federal Defender
                                        Attorney for Defendant
17                                      DOUGLAS ARTHUR LONGHOFER
18 **IT IS SO ORDERED.**
19
20 DATED: June 20, 2005
21
22
23 _____
   MORRISON C. ENGLAND, JR
24 UNITED STATES DISTRICT JUDGE
25
26
27
28

3