```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DOUGLAS ARTHUR LONGHOFER
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-05-0199 MCE
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
14       v.                        )
                                   )
15  DOUGLAS ARTHUR LONGHOFER,      ) Date: July 26, 2005
                                   ) Time: 8:30 a.m.
16              Defendant.         ) Judge: Morrison C. England, Jr.
                                   )
17  _____  )

18
```

19     It is hereby stipulated between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for Plaintiff, Linda Harter,

21  attorney for defendant, DOUGLAS ARTHUR LONGHOFER, as follows:

22     It is agreed that the current Status Conference date of June 21,

23  2005, be vacated and a new status conference date of July 26, 2005 at

24  8:30 a.m. be set.  The time is excluded pursuant to U.S.C.

25  §3161(h)(8)(A) and Local Code T4.

26  ///

27  ///

28  ///

1   Defense counsel has not received discovery in this case yet.
2   Defense counsel will need to review the discovery with the client.
3   Dated: June 20, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DOUGLAS ARTHUR LONGHOFER

MCGREGOR W. SCOTT
United States Attorney

Dated: June ____, 2005

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: June 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE