```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    DOUGLAS ARTHUR LONGHOFER
 6

 7
```

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,     ) No. CR-S-05-0199 MCE
                                  )
13 |            Plaintiff,         )
                                  )   STIPULATION AND [PROPOSED] ORDER
14 |      v.                       )
                                  )
15 | DOUGLAS ARTHUR LONGHOFER,     ) Date: August 23, 2005
                                  ) Time: 8:30 a.m.
16 |            Defendant.         ) Judge: Morrison C. England, Jr.
                                  )
17 | _____)

18

19      It is hereby stipulated between the parties, Matthew Stegman,

20 Assistant United States Attorney, attorney for Plaintiff, Linda Harter,

21 attorney for defendant, DOUGLAS ARTHUR LONGHOFER, as follows:

22      It is agreed that the current Status Conference date of July 26,

23 2005, be vacated and a new status conference date of August 23, 2005 at

24 8:30 a.m. be set.  The time is excluded pursuant to U.S.C.

25 §3161(h)(8)(A) and Local Code T4.

26 ///

27 ///

28 ///

1   The government will be providing the defense with additional
2   discovery in this case.  Further, defense counsel will be out of the
3   country from July 25, 2005 to August 23, 2005.
4   Dated: July 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


 /s/ Linda Harter
_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DOUGLAS ARTHUR LONGHOFER


MCGREGOR W. SCOTT
United States Attorney

Dated: July ____,2005

 /s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE