# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Douglas Arthur Longhofer                                      Docket No.  CRS–05-199-MCE

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Douglas Arthur Longhofer, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 25th day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:922(g)(1)- Felon in Possession of a Firearm.

**BOND CONDITIONS**: The defendant was released on a $50,000 unsecured bond cosigned by his son with pretrial services supervision and special conditions of release.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Mr. Longhofer submitted a urine sample to Shasta Options, in Redding, California, on September 9, 2005, which tested positive for amphetamine/ methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** a bench warrant be issued for the arrest of said defendant.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                    Respectfully submitted,

                                                                    /s/ Gina Lee Faubion

                                                                    Gina Lee Faubion
                                                                    Pretrial Services Officer
                                                                    September 22, 2005

## ORDER

__XX__    The Court hereby orders a bench warrant be issued for the arrest of said defendant.

_____    The Court hereby orders this ex parte motion and order be sealed.

_____    The Court orders a summons be issued with an appearance date of _____.

_____    The Court hereby orders this matter placed on this court's calendar on _____ at ___ p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____    The Court orders no action be taken.

                                                                    Considered and ordered this 23rd day of
                                                                    September, 2005, and ordered filed and
                                                                    made a part of the records in the above case.

                                                                    /s/ Gregory G. Hollows
                                                                    _____
                                                                    U.S. Magistrate Judge/U.S. District Judge

longhofer199.ord

**Pretrial Services Violation Petition - page 2**
**Longhofer, Douglas Arthur**

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial Services Officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer; and,

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

**CHRONOLOGY OF EVENTS:**

On May 25, 2005, the defendant appeared before Your Honor and entered a not guilty plea.  A motion hearing is currently set for October 11, 2005, before the Honorable Morrison C. England, Jr.  A waiver of appearance has been filed with the Court.

On September 19, 2005, Pretrial Services received confirmation from Quest Diagnostics that the defendant tested positive for amphetamine/ methamphetamine on September 9, 2005. On September 19, 2005, Pretrial Services spoke with Mr. Longhofer and he adamantly denied illegal drug use and states the positive test result must have been from second-hand smoke.  As of September 20, 2005, the defendant's cellular phone number has been disconnected; and therefore,  Pretrial Services has been unable to make direct telephone contact with the defendant for purposes of setting up a court hearing for the alleged violation. Mr. Longhofer contacted Pretrial Services on September 21, 2005, and left a message on voice mail after working hours; however, he did not leave a temporary contact number.