```
McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS ARTHUR LONGHOFER, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-05-0199 MCE <br><br> ORDER TO FILE UNDER SEAL THE "HOBBS" ATTACHMENT TO THE SEARCH WARRANT AFFIDAVIT |

The "Hobbs" attachment to the Search Warrant Affidavit of Det. Adam Zanni is ordered filed under seal and made a part of the record in this case.

Dated: October 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE