# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### AMENDED PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Douglas Arthur Longhofer                                                                 Docket No.  CRS–05-199-MCE

**COMES NOW** Gina Lee Faubion, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Douglas Arthur Longhofer, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 25th day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:922(g)(1)- Felon in Possession of a Firearm.

**BOND CONDITIONS**: The defendant was released on a $50,000 unsecured bond cosigned by his son with pretrial services supervision and special conditions of release.  Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Mr. Longhofer submitted a urine sample to Shasta Options, in Redding, California, on September 9, 2005, which tested positive for amphetamine/ methamphetamine.

The defendant failed to report to Pretrial Services by telephone as directed for the weeks of July 18, 2005; July 25, 2005; and October 3, 2005.  Mr. Longhofer also failed to self-surrender immediately to the U.S. Marshals as directed by Pretrial Services on September 27, 2005.

As of September 16, 2005, Mr. Longhofer has failed to contact the Shasta Options drug testing facility daily as directed by Pretrial Services and/or staff members of Shasta Options.  The defendant failed to submit to urinalysis testing at Shasta Options on September 22, 2005, as directed by staff members.

**PRAYING THAT THE COURT WILL ORDER** a hearing on Friday, October 14, 2005, at 2:00 p.m.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**       On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                  Respectfully submitted,

                                                                                  /s/ Gina Lee Faubion

                                                                                  Gina Lee Faubion
                                                                                  Pretrial Services Officer
                                                                                  October 11, 2005

### ORDER

_____   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

_____   The Court hereby orders this ex parte motion and order be sealed.

_____   The Court orders a summons be issued with an appearance date of _____.

  **X**   The Court hereby orders this matter placed on this court's calendar on Friday, October 14, 2005 at 2:00 p.m.

_____   The Court orders no action be taken.

**Pretrial Services Violation Petition - page 2**
**Longhofer, Douglas Arthur**

Considered and ordered this 13th day of
October, 2005, and ordered filed and
made a part of the records in the above case.

/s/ Peter A. Nowinski
U.S. Magistrate Judge /U.S. District Judge

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial Services Officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer; and,

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

**CHRONOLOGY OF EVENTS:**

On September 19, 2005, Pretrial Services received confirmation from Quest Diagnostics that the defendant tested positive for amphetamine/ methamphetamine on September 9, 2005. On September 19, 2005, Pretrial Services spoke with Mr. Longhofer and he adamantly denied illegal drug use and states the positive test result must have been from second-hand smoke.  As of September 20, 2005, the defendant's cellular phone number has been disconnected; and therefore,  Pretrial Services has been unable to make direct telephone contact with the defendant for purposes of setting up a court hearing for the alleged violation.  Mr. Longhofer contacted Pretrial Services on September 21, 2005, and left a message on voicemail after working hours; however, he did not leave a temporary contact number.

On October 11, 2005, Mr. Longhofer appeared in custody before Your Honor for a bail violation hearing.  On said date, the defendant contested the alleged violation and was ordered temporarily detained pending a bail violation hearing on Friday, October 14, 2005, at 2:00.  Pursuant to the government's request, the Court ordered Pretrial Services to amend the violation petition to include additional violations of pretrial release.