United States District Court

Eastern District of California

United States of America,

        Plaintiff,          No. Cr.S-05-0199-MCE

  vs.                     Detention Order (Violation of Pretrial Release, Probation or Supervised Release)

Douglas Arthur Longhofer,

        Defendant.

-oOo-

__x__    After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

     __x__    There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community and

     __x__    There is clear and convincing evidence that the defendant has violated another condition of release and

     __x__    based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger

```
                          to  the  safety  of  another  person  or  the
                          community and

          x               the  person  is  unlikely to abide by any
                          condition  or  combination  of  conditions  of
                          release.    F.R.Cr.P.   32.1(a)(D),46(c),   18
                          U.S.C. § 3148.

        _____             Pursuant  to  F.R.Cr.P.32.1(a)  and  46(c) and 18
                          U.S.C. § 3143 (violation of probation or supervised
                          release) the court finds defendant has not met his
                          burden of establishing by clear and convincing
                          evidence that he will not flee or pose a danger to
                          another person or to the community.
```

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with his counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant si confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 14, 2005.

/s/ Peter A. Nowinski
Peter A. Nowinski
Magistrate Judge