```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    LINDA HARTER, Bar # 179741
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I  Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    DOUGLAS ARTHUR LONGHOFER
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. CR-S-05-0199 MCE
                                 )
14                  Plaintiff,   )
                                 ) STIPULATION AND [PROPOSED] ORDER
15       v.                      ) CONTINUING BRIEFING SCHEDULE AND
                                 ) HEARING ON MOTIONS
16  DOUGLAS ARTHUR LONGHOFER,    )
                                 ) Date: December 13, 2005
17                  Defendant.   ) Time: 8:30 a.m.
                                 ) Judge: Morrison C. England, Jr.
18  _____)

19
```

It is hereby stipulated and agreed to between the parties, Matthew Stegman, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant, DOUGLAS ARTHUR LONGHOFER, that the previously scheduled hearing on motions and briefing schedule should be vacated and amended as follows:

    Defendant's motions due          November 15, 2005

    Government's Reply             December 6, 2005

    Hearing on motions             December 13, 2005

///

1    The parties agree that the Court should exclude time pursuant to
2 18 U.S.C. § §3161(h)(8)(A) and Local Code T4.
3 Dated: October 28, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
DOUGLAS ARTHUR LONGHOFER

MCGREGOR W. SCOTT
United States Attorney

Dated: October 28, 2005

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2