UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0199-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DOUGLAS LONGHOFER, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  DOUGLAS LONGHOFER , Case No. CR.S-05-0199-MCE , Charge  18USC § 922(g) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

    __  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    ✔  (Other)        Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 10, 2006  at  2:00 pm .

By  /s/ Gregory G. Hollows
   Gregory G. Hollows
   United States Magistrate Judge

Copy 5 - Court