McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-05-199 MCE |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION TO DISMISS |
| DOUGLAS ARTHUR LONGHOFER, | ) INDICTMENT; ORDER |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff United States of America, by and through its
undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P.,
submits this motion to dismiss without prejudice the indictment
filed in this case against DOUGLAS ARTHUR LONGHOFER on May 19,
2005.

///
///
///
///
///
///
///

DATED: August 29, 2006            McGREGOR W. SCOTT
                                  United States Attorney

                           By:    /s/ Matthew C. Stegman
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: August 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE